IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN
DISTRICT OF ALABAMA NORTHERN DIVISION

IN RE:

KATHRYN LARISSA ABBOTT,  )
   XXX-XX-9449, )
                                  ) CASE NO. 18-83555
      Debtor, )

### MOTION FOR PERMISSION TO CONVERT TO CHAPTER 13 BANKRUPTCY

COMES NOW the Debtor, by and through her attorney, Jackie Ferguson Graham and files this her Motion For Permission To Convert To Chapter 13 Bankruptcy and shows unto this Honorable Court as follows:

1. The Debtor avers that this case was originally filed as a Chapter 7 bankruptcy in the United States Bankruptcy Court for the Northern District of Alabama, Northern Division on November 30, 2018.

2. The Debtor avers that at the time of the filing of her Chapter 7 bankruptcy that she owned a one-half unencumbered interest in a wooded lot located adjacent to her jointly owned marital residence. The Debtor avers that prior to the filing of her bankruptcy that she sought assistance from a local realtor as to the value of the lot. The Debtor avers that she was advised that the lot could be listed for $8,000.00 to $9,000.00 for sale but that the chance of anyone other than an adjoining landowner purchasing the property would be very low due to its shape, the number of trees on it and its lack of utilities. The Debtor avers that she filed her bankruptcy and thereafter learned that the Chapter 7 Trustee, through his appraiser/auctioneer, thought that said lot could be sold at auction for $20,000.00.

3. The Debtor avers that she desires to convert to a Chapter 13 Bankruptcy so that she may pay the value of her interest in said non-exempt joint real estate into a Chapter 13 bankruptcy plan instead of losing the property in an auction by the Chapter 7 trustee. The Debtor avers that her creditors would actually receive more money if she paid $10,000.00 through the Chapter 13 plan than if the property were auctioned due to the costs and fees of the auctioneer.

4. The Debtor avers that she files this motion in good faith with no intent to defraud the Court or her creditors.

WHEREFORE, PREMISES CONSIDERED, the Debtor moves this Honorable Court to grant her motion to convert her Chapter 7 Bankruptcy to a Chapter 13 Bankruptcy.

*Respectfully submitted,*

/s/ Jackie Ferguson Graham
Jackie Ferguson Graham (FER014)
Attorney for Debtor
303 Williams Ave. SW #321
Huntsville, AL 35801
(256) 534-3435

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Chapter 13 Trustee and the attached Creditor mailing matrix by placing a copy of same in the United States Mail, properly addressed and postage pre-paid and/or by Electronic Transmission on this the 21st day of January, 2018.

/s/ Jackie Ferguson Graham



**AVERY® 5160®**

Easy Peel® Address Labels
Bend along line to expose Pop-up Edge®

Go to avery.com/templates
Use Avery Template 5160

Label Matrix for local noticing
1126-8
Case 18-83555-CRJ7
NORTHERN DISTRICT OF ALABAMA
Decatur
Mon Jan 21 08:39:32 CST 2019

Independent Bank
5050 Poplar Ave, Suite 110
Memphis, TN 38157-0110

U. S. Bankruptcy Court
400 Well Street
P. O. Box 2775
Decatur, AL 35602-2775

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

Belk
PO BOX 530940
Atlanta, GA 30353-0940

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

Cardmember Service Center
P.O.Box 6294
Carol Stream, IL 60197-6294

Care Credit/ Synchrony
P.O. Box 9600061
Orlando, FL 32896-0061

Chase
PO Box 6294
Carol Stream, IL 60197-6294

Christopher Crites
1900 Big Woods Road
Seaman, OH 45679-9785

Citicards
P.O. Box 9001037
Louisville, KY 40290-1037

Electronic Express
P.O. Box 960061
Orlando, FL 32896-0061

First National Bank of Omaha
PO Box 2557
Omaha, NE 68103-2557

Independent Bank
5050 Poplar Ave. Ste 2200
Memphis, TN 38157-2200

Pay Pal
PO Box 71202
Charlotte, NC 28272-1202

Renasant Bank
P.O. Box 11733
Newark, NJ 07101-4733

Synchrony Bank/ Amazon
P.O. Box 960013
Orlando, FL 32896-5015

Walmart
PO BOX 530927
Atlanta, GA 30353-0927

Jackie Ferguson Graham
303 Williams Ave SW, Ste 321
Huntsville, AL 35801-6001

Kathryn Larissa Abbott
2512 Walker Road SE
Decatur, AL 35603-5616

Kevin M. Morris
Sparkman, Shepard & Morris, P.C.
P. O. Box 19045
Huntsville, AL 35804-9045

Tazewell Shepard
Tazewell Shepard, Trustee
PO Box 19045
Huntsville, AL 35804-9045

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
P.O. Box 15726
Wilmington, DE 19886-5726

End of Label Matrix
Mailable recipients    22
Bypassed recipients     0
Total                  22