# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In re: Kathryn Larissa Abbott ) | | Case No.: 18-83555-CRJ-7 |
| SSN: xxx-xx-9449 ) | | |
| ) | | |
| ) | | |
| Debtor. ) | | Chapter 7 |

## MOTION FOR APPROVAL FOR PAYMENT OF PROFESSIONAL FEES

COMES NOW the duly appointed and acting Trustee in the above styled Chapter 7 case, and shows unto the Court as follows:

1. Trustee has filed contemporaneously herewith an application to employ Mickey Fowler and Fowler Auction and Real Estate Service, Inc., as Real Estate Professional, for services provided on behalf of the Bankruptcy Estate.

2. Under the terms of the application to employ, Trustee proposed that Fowler would receive a commission of 6% for services as a real estate broker, including negotiating and brokering a private sale of certain real property.

3. Due to Fowler's services and assistance, the Trustee was able to successfully negotiate a private sale of the subject property for $10,000.00. Thus, Trustee now proposes that Fowler is due a fee of $600.00.00 for its services as real estate professional. Per the terms of employment, Fowler does not seek reimbursement of any expenses.

4. Fowler has not made previous application for payment in this case.

5. No agreement exists between Fowler and any other person or entity whatsoever for the sharing of compensation or expenses in this case.

6. This application is brought under the provisions of Sections 327, 328 and 330 of the United States Bankruptcy Code and Bankruptcy Rule 2016.

WHEREFORE, the Trustee requests that the Court:

1. Set a hearing on said requested compensation; and

2. Enter an Order approving such compensation and authorizing the Trustee to pay same; and

3. Granting other and further relief as the Court deems just and proper.

Respectfully submitted this 25th day of April, 2019.

/s/ Tazewell T. Shepard
Tazewell T. Shepard
*Trustee in Bankruptcy*
**SPARKMAN, SHEPARD & MORRIS, P.C.**
P.O. Box 19045
Huntsville, AL 35804
(256) 512-9924

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon those parties as found on the Clerk's Certified Matrix and upon Jackie Ferguson Graham, Attorney for Debtor, Ferguson & Ferguson, 303 Williams Avenue SW, Suite 321, Huntsville, AL 35801, Kathryn Larissa Abbott, Debtor, 2512 Walker Road SE, Decatur, AL 35603, Mickey Fowler and Fowler Auction and Real Estate Service, Inc., 8710 Highway 53, Toney, AL 35773, and Richard M. Blythe, Bankruptcy Administrator, P.O. Box 3045, Decatur, AL 35602 by electronic service through the Court's CM/ECF system and/or by depositing the same in the United States mail, postage prepaid, this the 25th day April, 2019.

/s/ Tazewell T. Shepard
Tazewell T. Shepard