# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In re: Kathryn Larissa Abbott, | ) | Case No.: 18-83555-CRJ7 |
| | ) | |
| Debtor. | ) | Chapter 7 |

BANKRUPTCY ADMINISTRATOR'S STATEMENT OF REVIEW OF THE FINAL APPLICATION FOR APPROVAL TO PAY COMPENSATION OF SPARKMAN SHEPARD & MORRIS, P.C.

COMES NOW the United States Bankruptcy Administrator for the Northern District of Alabama ("BA"), by and through the undersigned counsel of record, and regarding the application to pay Compensation states as follows:

1. The BA has reviewed the Motion for Approval to Pay Compensation (Doc. 67).

2. An analysis of the request for compensation indicates the fee requested is itemized and reasonable considering *Johnson v. Georgia Highway Express, Inc.*, 488 F2d 714 (5th Cir. 1974). The fee requested is approximately 23.10% of the total recovery, which is less than the twenty-five percent (25%) max cap agreed to by the applicant. A statement that the monies received by the professional will not be shared with any other party outside of his law firm is included in the Application.

WHEREFORE, the premises considered, the BA recommends that the compensation be approved as requested.

Respectfully submitted October 12, 2021.

    J. THOMAS CORBETT
    United States Bankruptcy Administrator for the
    Northern District of Alabama
    /s/ Richard M. Blythe
    Richard M. Blythe
    Assistant U.S. Bankruptcy Administrator
    Alabama Bar ID: ASB-3199-B52R

OF COUNSEL:
United States Bankruptcy Administrator
Northern District of Alabama
Seybourn H. Lynne Federal Building
P.O. Box 3045
400 Well Street NE. Room 236
Decatur, Alabama 35602
(256) 340-2740

## CERTIFICATE OF SERVICE

      I hereby certify that on October 12, 2021, I have served a copy if the foregoing on the parties listed below by electronic service through the Court's CM/ECF system and/or by placing a copy of the same in the U.S. Mail, postage prepaid.

Jackie Ferguson Graham, Esq, Attorney for Debtor, Via CM/ECF electronic service

Tazewell T. Shepard, Esq., Trustee, Via CM/ECF electronic service

                                      /s/Richard M. Blythe
                                      Richard M. Blythe